SO ORDERED.

Dated: September 29, 2020

Daniel P. Collins, Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>KINSER GROUP LLC,<br><br>Debtor. | In Proceedings under Chapter 11<br><br>Case No. 2:20-bk-09355-DPC<br><br>**ORDER SUSTAINING FIRST FINANCIAL BANK'S OBJECTION TO DEBTOR'S SUBCHAPTER V ELECTION** |

On September 28, 2020, *First Financial Bank's Objection to Debtor's Subchapter V Election* [Doc. 73] (the "***Objection***") came on for hearing. After considering the Objection, *Debtor's Response to First Financial Bank's Objection to Debtor's Subchapter V Election* [Doc. 78] (the "***Response***"), and the arguments of counsel, the Court finds it has jurisdiction over the Objection under 28 U.S.C. §§ 157 and 1334; the Court finds this is a core proceeding under 28 U.S.C. § 157(b); the Court finds it may enter a final order consistent with Article III of the United States Constitution; the Court finds that venue of this proceeding and the Objection in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; the Court finds notice of the Objection and the hearing were proper and no other notice need be provided; the Court finds that the statutory predicates for the relief requested

in the Objection are Section[1] 1182(1) and Rule 1020(a); the Court finds that the interest that accrued prior to the petition date but was deferred under the *Amendment to Promissory Note*[2] and *Second Amendment to Promissory Note*[3] is a noncontingent liquidated debt for purposes of Section 1182(1); and the Court finds the Debtor's aggregate noncontingent liquidated secured and unsecured debts as of the date of the filing of the petition, excluding debts owed to affiliates or insiders, is more than $7,500,000.00. The Court having determined that the legal and factual bases set forth in the Objection and at the hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

    A. First Financial Bank's Objection is sustained;

    B. The Debtor's statement that it is a small business debtor is incorrect; and

    C. The case may proceed under Chapter 11, but not Subchapter V.

**DATED AND SIGNED ABOVE**

---

[1] Unless indicated otherwise, references to chapters and sections are to the U.S. Bankruptcy Code, 11 U.S.C. §§ 101-1532, and references to rules are to the Federal Rules of Bankruptcy Procedure, Rules 1001-9037.

[2] Response, Exhibit A.

[3] Response, Exhibit D.